Appeal No.    2022AP1852

Cir. Ct. No.  2022ME114

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT IV

IN THE MATTER OF THE CONDITION OF D.F.B.:

DANE COUNTY,

    PETITIONER-RESPONDENT,

  V.

D.F.B.,

    RESPONDENT-APPELLANT.

FILED

May 24, 2023

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Hon. Rhonda L. Lanford
Circuit Court Judge
Electronic Notice

Carlo Esqueda
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Cricket R. Beeson
Electronic Notice

Laura M. Force
Electronic Notice

PLEASE TAKE NOTICE that an alteration, namely the removal of footnote 10, was made to paragraph 39 in the above-captioned opinion, which was released on May 11, 2023. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.